IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-587-FDW-DCK

| | |
|---|---|
| DONALD SHANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| JEH CHARLES JOHNSON, SECRETARY, | ) |
| U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY; MARK HAUGHT, FSD – | ) |
| TSA/DHS, KURT JORDAN, DFSD – | ) |
| TSA/DHS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Seal Complaint" (Document No. 12) filed March 16, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Joint Motion To Seal Complaint" (Document No. 12) is **GRANTED**.

Signed: March 16, 2016

David C. Keesler
United States Magistrate Judge