**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-587-FDW-DCK**

| | |
|---|---|
| **DONALD SHANK,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **JEH CHARLES JOHNSON, SECRETARY,** | ) |
| **U.S. DEPARTMENT OF HOMELAND** | ) |
| **SECURITY;** | ) |
| **MARK HAUGHT, FSD – TSA/DHS** | ) |
| **KURT JORDAN, DFSD – TSA/DHS,** | ) |
| | ) |
|     **Defendant.** | ) |

## CONSENT ORDER TO PLACE THE COMPLAINT UNDER SEAL AND REQUIRE THE PLAINTIFF TO FILE A REDACTED VERSION THEREOF

The parties have made two joint motions with the Court to place the Complaint[1] under seal and to require the Plaintiff to make redactions to the Complaint. As filed, the Complaint includes certain sensitive personally identifiable information of an individual and other information about that individual that is from a system of records in the Federal Government. Public disclosure of this information is not allowed under Fed. R. Civ. P. 5.2(a) and/or the Privacy Act, 5 U.S.C. § 552a *et. seq*. In order to protect the privacy of the individual to whom the information pertains in accordance with the provisions and objectives of Fed. R. Civ. P. 5.2(a) and the Privacy Act, 5 U.S.C. § 552a *et. seq.*, while maintaining public transparency in judicial proceedings, it is hereby **ORDERED** as follows:

1. The original unredacted Complaint shall be placed under seal pursuant to L.R. Civ. P. 6.1 immediately upon issuance of this Order.

---

[1] The Complaint is understood to include the underlying Complaint and all attachments thereto.

2. Plaintiff shall create a redacted version of the Complaint for the public record which complies with Fed. R. Civ. P. 5.2(a) and the Privacy Act, 5 U.S.C. § 552a *et. seq*.

3. Plaintiff shall file the redacted version of the Complaint with this Court and serve the Defendant with such Complaint by mailing a copy to the Office of United States Attorney for the Western District of North Carolina.

4. Defendant's deadline to file a responsive pleading pursuant to Fed. R. Civ. P. 12 is 30 days from the date it is served by the Plaintiff with a complaint that cures the deficiency identified above.

**IT IS SO ORDERED**.

Signed: March 16, 2016

David C. Keesler
United States Magistrate Judge