# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-587-FDW-DCK

| | |
|---|---|
| DONALD SHANK, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JEH CHARLES JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; MARK HAUGHT, FSD – TSA/DHS, KURT JORDAN, DFSD – TSA/DHS, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion Requesting Consent To Redeliver To The Clerk Of Court, The Original Unopened Hardcopy Courier Package Containing The Plaintiff's Response To The Defendants' Motion To Dismiss Or For Summary Judgment" (Document No. 25) filed January 31, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion as moot.

The undersigned notes that "Plaintiff's Response To Defendants' Motion To Dismiss Or For Summary Judgment" (Document No. 24) was received by the Court on January 31, 2017.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion Requesting Consent To Redeliver To The Clerk Of Court, The Original Unopened Hardcopy Courier Package Containing The Plaintiff's Response To The Defendants' Motion To Dismiss Or For Summary Judgment" (Document No. 25) is **DENIED AS MOOT**.

Signed: January 31, 2017

David C. Keesler
United States Magistrate Judge