# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-587-FDW-DCK

| | |
|---|---|
| DONALD SHANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JEH CHARLES JOHNSON, SECRETARY, ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY; MARK HAUGHT; FSD – ) | |
| TSA/DHS; and KURT JORDAN, DFSD – ) | |
| TSA/DHS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay And Notice Of Settlement" (Document No. 38) filed May 22, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay And Notice Of Settlement" (Document No. 38) is **GRANTED**. The parties shall file a Stipulation of Dismissal on or before **July 26, 2018**.

The Clerk of Court is directed to update the identity of Defendant as requested. See (Document No. 38, p.1,n.1).

**SO ORDERED**.

Signed: May 23, 2018

David C. Keesler
United States Magistrate Judge